IN THE UNITED STATES DISCRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO.  4:25-CR-282 |
| | § | |
| LYNETTE SHARP | § | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Lynette Sharp, Defendant herein, by and through his attorney of record and requests an additional week to file any possible objections to the presentence report and in support of would show the Court the following:

Defense Counsel requires additional time to review the report with Defendant and discuss the possible objections.  Defense Counsel is requesting a 30 day extension. This Motion is not made for the purposes of delay but so that justice may be served.

WHEREFORE PREMISES CONSIDERED, Defense Counsel respectfully requests this Honorable Court grand Defendant's Motion for Extension of Time to File Objections to the Presentence report.

                                                          Respectfully submitted,

                                                            /S/ Erin Kelley
                                                         Erin Kelley
                                                         SBN: 24085324
                                                         2221 Justin Rd.
                                                         STE. 119-135
                                                         Flower Mound, TX 75028
                                                         erin@erinkelleylegal.com
                                                         (469) 630-1945

CERTIFICATE OF CONFERENCE

I conferred with AUSA Shawn Smith regarding Defendant's Motion on February 5th, 2026 via e-mail and he states that he has no objections to this extension.

                                                                             /S/ Erin Kelley  
                                                                             Erin Kelley

CERTIFICATE OF SERVICE

This is to certify that, Erin Kelley, a true and correct copy was served upon all parties on the day of its e-filing by electronic service.

                                                                             /S/ Erin Kelley  
                                                                             Erin Kelley