IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **V.** | § § | NO. 4:25-cr-282 |
| **LYNETTE SHARP** | § § | |

### DEFENDANT'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Lynette Sharp, Defendant herein, by and through his attorney of record and respectfully moves this Court for the entry of an order continuing her sentencing date from March 12, 2026, along with other associated dates and deadlines, and would show unto the Court as follows:

Counsel for Defendant requests additional time to properly prepare for her sentencing and submit all relevant information for the Court's consideration. Defendant may be called on for testimony in the ongoing trial against her co-defendants. Counsel will require additional time at the close of this trial to properly prepare a sentencing memorandum and other possible mitigation for submission to the Court ahead of the date of sentencing.

Counsel anticipates a 30 day continuance is required to ensure proper preparation and effective representation.

WHEREFORE PREMISES CONSIDERED, counsel requests this Motion be, in all things, granted and continue the sentencing hearing and other associated deadlines.

                                            Respectfully submitted,

                                            /S/ Erin Kelley
Erin Kelley
SBN: 24085324
2221 Justin Rd.
STE. 119-135
Flower Mound, TX 75028
erin@erinkelleylegal.com
(469) 630-1945

CERTIFICATE OF CONFERENCE

I conferred with AUSA Shawn Smith regarding Defendant's Motion to Continue on March 3, 2026 and states there are no objections to this Motion

                                            /S/ Erin Kelley
Erin Kelley

CERTIFICATE OF SERVICE

This is to certify that, Erin Kelley, a true and correct copy was served upon all parties on the day of its e-filing by electronic service.

                                            /S/ Erin Kelley
Erin Kelley